————o————

JOHN F. HUSEN, Respondent, *vs.* THE HANNIBAL & ST. JOS. R. R. COMPANY, Appellant.

1. Wilson vs. Kansas City, St. Jo. & Council Bluffs R. R., *ante* p. 184, affirmed.

*Appeal from Grundy Circuit Court.*

*Oliver & Carr, with W. P. Hall,* for Appellant.

*M. A. Low,* for Respondent.

VORIES, Judge, delivered the opinion of the court.

This case is identical in principle with the case of Reason Wilson vs. Kansas City, St. Jos. & Council Bluffs R. R. Co., decided at the present term of this court; and for the reasons given in the opinion in that case the judgment in this case is also affirmed.

The other judges concur.